IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 22-30689 |
| JUAN ANGEL OLIVAREZ, Jr. ) | S.S.# xxx-xx-2223 |
| JUANITA ANN MARIE OLIVAREZ ) | S.S.# xxx-xx-1568 |
| Debtors. ) | Chapter 7 Bankruptcy |

**PRELIMINARY INVENTORY REPORT
AND REQUEST FOR NOTICE TO CREDITORS**

Comes now, Rebecca Hoyt Fischer, Chapter 7 Trustee, and respectfully shows:

1. I am the Trustee for the above-captioned Debtor(s), having been appointed on or about 07/03/2022.

2. As Trustee, I have constructively taken possession of all property shown on the Schedules filed by the Debtor(s) and adopt the same as my preliminary inventory; specifically, I anticipate receiving funds from Debtor(s) non-exempt 2022 federal and state tax refunds and the recovery of a preference.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

Dated: August 3, 2022

/s/ Rebecca H. Fischer
Bar No. 10537-72
LADERER & FISCHER, P.C.
525 E. Colfax Ave., Unit 101
South Bend, IN 46617
Telephone: (574) 284-2354
Facsimile: (574) 284-2356

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2022, a true and correct copy of the above and foregoing Application was served electronically through the court's ECF system upon the following parties:

U.S. Trustee                                     James K Tamke
USTPRegion10.SO.ECF@usdoj.gov                    tamke@attorney-cpa.com

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

JUAN and JUANITA OLIVAREZ
1943 PIEDMONT WAY
SOUTH BEND, IN 46614

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer

1